**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1874**

———————

ADONICA Q. HULL,

                              Plaintiff - Appellant,

        versus

BALTIMORE CITY COMMUNITY COLLEGE; AFSCME 92,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:06-cv-01439-WDQ)

———————

Submitted: November 21, 2006        Decided:  November 28, 2006

———————

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Adonica Q. Hull, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Adonica Q. Hull appeals the district court's order dismissing as untimely filed her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hull v. Baltimore City Cmty. Coll., No. 1:06-cv-01439-WDQ (D. Md. July 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED